RECEIVED
MAR 23 2021
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Scott Lawrence Simmons, Plaintiff(s),

vs.

Hildy Bowbeer
United States magistrate Judge

Defendant(s).

Case No. 21cv771 SRN/TNL
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES ☒   NO ☐

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

      Name Scott Lawrence Simmons

      Street Address 2008 E 121 Apt 102

      County, City Dakota Burnsville

      State & Zip Code Minnesota 55337

      Telephone Number

SCANNED
MAR 23 2021
U.S. DISTRICT COURT ST. PAUL

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

      Name Hildy Bowbeer united States meistrate sudge

      Street Address

      County, City

      State & Zip Code

   b. Defendant No. 2

      Name

      Street Address

      County, City

      State & Zip Code

   c. Defendant No. 3

      Name

      Street Address

      County, City

      State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)**

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   [X] Federal Question        [ ] Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

   *Obstruction of Sustice*

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name:              State of Citizenship:

   Defendant No. 1:             State of Citizenship:

   Defendant No. 2:             State of Citizenship:

   **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
   **Check here if additional sheets of paper are attached.** [ ]

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

   [ ] Defendant(s) reside in Minnesota    [ ] Facts alleged below primarily occurred in Minnesota
   [X] Other: explain

   *Obstruction of Sustice*

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

*Obstruction of Sustice*

3

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. Case Number
70-2000-11917
18-K2-01-001939
19-AV-CR-16-20086

Citation Number
0037866

1901169048 72

| | | |
|---|---|---|
| A03-1429 | A06-0054 | 98C302 001992 |
| A03-0355 | A06-0053 | |
| A03-0343 | A03-1589 | 19-HA-PR-15-377 |
| A03-0342 | A03-1578 | 19-HA-PR-19-864 |
| A03-0332 | 98C802001101 | 19-HA-PR-20-979 |
| A03-0184 | | |
| A03-0065 | | |
| 98C202001871 | | |

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

Obstruction of Justice

4

Signed this 23 day of Mar 21

Signature of Plaintiff *Scott Lawrence Simmons*

Mailing Address 2008 E 121 Apt 102
Burnsville, MN 55337

Telephone Number

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.